IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

WILLIAM ANTHONY MCMAHON,

    Petitioner,

v.                                            No. 1:16-cv-01152-JDB-egb

UNITED STATES OF AMERICA,

    Respondent.
_____

ORDER GRANTING MOTION TO VACATE, SET ASIDE, AND CORRECT SENTENCE
UNDER 28 U.S.C. § 2255
_____

A motion to vacate, set aside, and correct sentence pursuant to 28 U.S.C. § 2255 was filed by the Petitioner, William Anthony McMahon, on June 16, 2016 (the "Petition"). (Docket Entry ("D.E.") 1.) On June 30, 2017, he filed an emergency motion requesting an immediate ruling on the Petition based on the Sixth Circuit Court of Appeals' June 27, 2017, ruling in *United States v. Stitt*, 860 F.3d 854 (6th Cir. 2017). (D.E. 6.) The Government responded on August 4, 2017, conceding that, in light of the decision, the relief requested by McMahon in the Petition was warranted. (D.E. 8.) For good cause shown, the Petition is GRANTED.

    IT IS SO ORDERED this 13th day of September 2017.

                                                            s/ J. DANIEL BREEN
                                                            UNITED STATES DISTRICT JUDGE